NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNIVERSITY OF MANITOBA,**
*Plaintiff-Appellant*

**v.**

**DRAEGER MEDICAL, INC.,**
*Defendant-Appellee*

---

2014-1713

---

Appeal from the United States District Court for the District of North Dakota in No. 2:13-cv-00048-RRE-KKK, Chief Judge Ralph R. Erickson.

---

**JUDGMENT**

---

GEORGE C. SUMMERFIELD, JR., Stadheim & Grear, Ltd., Chicago, IL, argued for plaintiff-appellant. Also represented by ROLF STADHEIM, CHRISTOPHER H. ST. PETER.

WAYNE ALAN JONES, JonesIP Group, Plano, TX, argued for defendant-appellee. Also represented by DUSTY S. VOGELPOHL.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* TARANTO, *Circuit Judge,* and FOGEL, *District Judge*\*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 9, 2015
Date

/s/  Daniel  E.  O'Toole
Daniel E. O'Toole
Clerk of Court

---

\*    Honorable Jeremy Fogel, District Judge, United States District Court for the Northern District of California, and Director of the Federal Judicial Center, sitting by designation.